UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL HALL, | No. 2:16-cv-2628 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| ROBERT FOX, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2019, the District Court Judge assigned to this matter adopted the findings and recommendations of the undersigned, and a judgment was issued. (ECF Nos. 12, 13). On August 15, 2019, petitioner filed a "request for clarification" asking the court to tell him to which case the order referred. (ECF No. 14). In the filing, petitioner states that his memory is not good. (See id.).

In response to petitioner's inquiry and in a one-time effort to accommodate petitioner, the court shall direct the Clerk of Court to send petitioner a copy of the petition and other documents relevant to the final adjudication of this action.

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send petitioner copies of the following:

1. Petitioner's petition for writ of habeas corpus (ECF No 1);
2. The court's screening order (ECF No. 10);
3. The court's findings and recommendations (ECF No. 11), and
4. The court's final order and judgment in this action (ECF Nos. 12, 13).

Dated: August 20, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS.hall2628.misc.ltr